# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>v.<br>Vijay Myneni | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | 4:08-CR-160 | 09-mj-70145 RS |  |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment ☐ Information ☐ Complaint ☐ Other (specify)

charging a violation of **18** U.S.C. § **371, 1341**

**DISTRICT OF OFFENSE:** Southern District Iowa

**DESCRIPTION OF CHARGES:**
Conspiracy and Mail fraud

**CURRENT BOND STATUS:**
☒ Bail fixed at $20,000 PR Bond — Dft Released ~~and conditions were not met~~
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)
Bond, if any, shall be transferred to the District of Offense

**Representation:** ☐ Retained Own Counsel ☒ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** ☒ No ☐ Yes    Language:

NORTHERN DISTRICT OF CALIFORNIA

Filed
FEB 11 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Date 2/11/09    United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |